FILED
07 DEC 27 PM 12:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3474 WQH |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| JOSE SALVADOR HERRERA-TAPIA, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jose Salvador Herrera-Tapia</u>, Criminal Case No. 07CR3308-WQH.

DATED: December 27, 2007.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney