**SHAFFY MOEEL**
California Bar No. 238732
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 685-3714
shaffy_moeel@fd.org

Attorneys for Mr. Herrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3474-WQH |
| Plaintiff, ) | Date: February 25, 2008 |
| ) | Time: 2:00 p.m. |
| v. ) | |
| ) | MOTION FOR ORDER |
| JOSE SALVADOR HERRERA-TAPIA, ) | TO SHORTEN TIME |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in his attached NOTICE OF MOTIONS AND MOTIONS TO COMPEL DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS fourteen (14) days, to be heard on February 25, 2008, at 2:00 pm. or as soon thereafter as counsel may be heard for the following reasons:

Counsel miscalendared this motion hearing date and only realized her mistake today. Counsel is aware of this Court's rules requiring the filing of motions three weeks in advance of the set motion hearing date. Counsel assures this Court that it is not her practice to file pleadings or papers in an untimely manner. Counsel apologizes to this Court and all parties and requests that this Court grant her motion for an order shortening time. Counsel will hand deliver a courtesy copy to the Assistant United States Attorney David Leshner.

Respectfully submitted,

Dated: February 19, 2008

*/s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Herrera

1

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 19, 2008                             /s/ Shaffy Moeel
                                                                    SHAFFY MOEEL
                                                                    Federal Defenders of San Diego, Inc.
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    e-mail: Shaffy_Moeel@fd.org