**SHAFFY MOEEL**
Cal. Bar No. 238732
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
shaffy_moeel@fd.org

Attorneys for Mr. Herrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE WILLIAM Q. HAYES**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. NO. 07CR3474-WQH |
| | ) | |
| Plaintiff, | ) | DATE: February 25, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| JOSE SALVADOR HERRERA-TAPIA, | ) | |
| | ) | 1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND |
| Defendant. | ) | 2) LEAVE TO FILE FURTHER MOTIONS |
| | ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 25, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Jose Salvador Herrera-Tapia (hereinafter "Mr. Herrera"), by and through his counsel, Shaffy Moeel and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Jose Salvador Herrera-Tapia, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery and preserve evidence; and
2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: February 19, 2008     */s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Herrera

07CR3474