1  **ANDREW K. NIETOR**
   California Bar No. 208784
2  110 West C Street, Suite 707
   San Diego, California 92101
3  Telephone: (619) 794-2386

FILED

FEB 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07cr3474-WQH |
| Plaintiff, | |
| v. | |
| JOSE HERRERA-TAPIA, | SUBSTITUTION OF ATTORNEY |
| Defendant. | |

Jose Herrera-Tapia, above-named defendant, hereby substitutes Andrew K. Nietor as his attorney of record. Previous counsel is relieved of all responsibility in this case.

DATED: 1/15/08

_____
Jose Herrera-Tapia

DATED: 1/15/08

_____
Andrew Nietor, substituting attorney

DATED: 2/25/08

_____
Shaffy Moeel, current attorney

//

07cr3308

1  SO ORDERED,

2  DATED: 2/25/0Y

3  _____
   Hon. William Q. Hayes
   United States District Judge

07cr3308