FILED

MAY 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Criminal Case No.   07CR3474-WQH |
|                                    ) | |
| Plaintiff,         ) | S U P E R S E D I N G |
|                                    ) | I N F O R M A T I O N |
|                                    ) | |
| v.                                 ) | Title 8, U.S.C., Sec. 1325 - |
|                                    ) | Illegal Entry (Misdemeanor); |
| JOSE SALVADOR HERRERA-TAPIA,       ) | Title 8, U.S.C., Sec. 1325 - |
|                                    ) | Illegal Entry (Felony) |
| Defendant.         ) | |

The United States Attorney charges:

Count 1

On or about November 8, 2007, within the Southern District of California, defendant JOSE SALVADOR HERRERA-TAPIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

SDD:San Diego
5/19/08

<u>Count 2</u>

On or about November 11, 2007, within the Southern District of California, defendant JOSE SALVADOR HERRERA-TAPIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 20, 2008.

KAREN P. HEWITT
United States Attorney

*Charlotte P. Carpenter for*
STEVEN DE SALVO
Assistant U.S. Attorney