AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE SALVADOR HERRERA-TAPIA

WAIVER OF INDICTMENT

CASE NUMBER: 07CR3474-WQH

FILED
MAY 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, JOSE SALVADOR HERRERA-TAPIA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); and Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___5/20/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Jose Salvador Herrera-Tapia
Defendant

_____
Andrew Nietor
Counsel for Defendant

Before _____
       JUDICIAL OFFICER